<partyblock>

The People of the State of New York, Respondent,  

against

Edward Guzman, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Carol Berkman, J.), rendered February 20, 2012, convicting him, upon a plea of guilty, of attempted tampering with physical evidence (Penal Law  110.00/215.40[2]), and imposing sentence.

Per Curiam.

Judgment of conviction (Carol Berkman, J.), rendered February 20, 2012, reversed, on the law, accusatory instrument dismissed and surcharge, if paid, remitted.

As the People concede, defendant's conviction must be vacated since the plea record lacks the requisite "affirmative showing" that defendant understood and waived his Boykin rights (see Boykin v Alabama, 395 US 238, 242 [1969]; People v Tyrell, 22 NY3d 359, 365 [2013]). The People also agree that dismissal of the accusatory instrument is the appropriate corrective action in this particular case (cf. People v Conceicao, 26 NY3d 375, n. 1 [2015]).

THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT

I concurI concur

Decision Date: December 30, 2016

<form method="LINK" action="../../slipidx/at_1_idxtable.shtml">

<input type="submit" value="Return to Decision List">

</form>

</partyblock>